FILED

JUL 28 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| UNITED STATES OF AMERICA, | No. 21-10095 |
|---|---|
| Plaintiff-Appellant, | D.C. Nos. 3:21-cr-00011-WHA-1 3:21-cr-00011-WHA |
| v. | Northern District of California, |
| CHEN SONG, AKA Song Chen, | San Francisco |
| Defendant-Appellee. | ORDER |

The United States of America's motion [51] to voluntarily dismiss its appeal in the above captioned action is GRANTED. This order will serve as the mandate.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Omar Cubillos
Deputy Clerk
Ninth Circuit Rule 27-7